UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO EQUIPMENT FINANCE, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIRK SYSTEMS, INC. a California corporation; LAKHWIMDER SINGHVIRK, an individual,<br><br>Defendants. | No. 2:20-cv-0143 TLN DB<br><br><br>ORDER |

On April 17, 2020, plaintiff filed a motion for default judgment. (ECF No. 9.) Plaintiff's motion is noticed for hearing before the undersigned on June 21, 2020, pursuant to Local Rule 302(c)(19). (ECF No. 10.) Plaintiff's motion, however, is only accompanied by a declaration in support executed by plaintiff's Vice President, (ECF No. 9-1), and a brief declaration from plaintiff's counsel offered in support of a request for attorney's fees. (ECF No. 9-2.) There is no memorandum in support discussing Rule 55 of the Federal Rules of Civil Procedure or the relevant factors that must be considered upon motion for default judgment identified in <u>Eitel v. McCool</u>, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The June 19, 2020 hearing of plaintiff's motion for default judgment (ECF No. 9) is continued to **August 7, 2020**;

2. On or before **July 10, 2020**, plaintiff shall file a memorandum in support of the motion for default judgment that addresses all argument and authority relevant to plaintiff's motion for default judgement; and

3. On or before **July 10, 2020**, plaintiff shall file proof of service of the memorandum and a copy of this order on the defendants.

Dated:  June 15, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\wellsfargo0143.mdj.cont.ord