UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO EQUIPMENT FINANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIRK SYSTEMS, INC., et al. <br><br> Defendant. | No. 2:20-cv-00143-TLN-DB <br><br><br> **ORDER** |

This matter is before the Court on Plaintiff Wells Fargo Equipment Finance, Inc.'s ("Plaintiff") Motion to Correct Clerical Errors in Judgment Pursuant to Federal Rule of Civil Procedure ("Rule") 60(a). (ECF No. 17.) Defendants Virk Systems, Inc. and Lakhwinder Singh Virk ("Virk") (collectively, "Defendants") have not filed an opposition.

Under Rule 60(a), a district court "may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record . . . on motion or on its own, with or without notice." Fed. R. Civ. P. 60(a).

Here, Plaintiff notes the Court's March 18, 2021 Order Granting Plaintiff's Motion for Default Judgment (ECF No. 15) and its Default Judgment (ECF No. 16) contain clerical errors with the incorrect first name of Virk and incorrect VIN numbers. Virk's correct first name is "Lakhwi**n**der," not "Lakhwi**m**der." (ECF No. 17 at 2.) Exhibit 3 also contains a redline with the

1

corrected VIN numbers. (*Id.* at 11–15.) As these are clerical mistakes in the record, they are appropriate for correction under Rule 60(a).

Accordingly, Plaintiff's Motion to Correct Clerical Errors in Judgment is hereby GRANTED. (ECF No. 17.) The Clerk of the Court is directed to issue an amended Order Granting Plaintiff's Motion for Default Judgment (ECF No. 15) and an amended Default Judgment (ECF No. 16) reflecting the changes requested in Plaintiff's Motion.

IT IS SO ORDERED.

DATED: May 3, 2021

Troy L. Nunley
United States District Judge