UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO EQUIPMENT FINANCE, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIRK SYSTEMS, INC. a California corporation; LAKHWINDER SINGH VIRK, an individual,<br><br>Defendants. | No. 2:20-cv-00143-TLN-DB<br><br>**AMENDED ORDER** |

This matter is before the Court on Plaintiff Wells Fargo Equipment Finance, Inc.'s ("Plaintiff") Motion for Default Judgment. (ECF No. 9.) The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

On February 2, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. (ECF No. 14.) The time for filing objections has expired and Plaintiff has not filed objections to the findings and recommendations.

///

///

1

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed February 2, 2021 (ECF No. 14), are ADOPTED IN FULL;

2. Plaintiff's April 17, 2020 Motion for Default Judgment (ECF No. 9) is GRANTED;

3. Judgment is entered against Defendants Virk Systems, Inc. and Lakhwinder Singh Virk (collectively, "Defendants");

4. Defendants are ordered to pay $604,237.60 in damages;

5. Defendants are ordered to give Plaintiff immediate possession of:

One (1) Used 2015 Freightliner Cascadia Tractor, VIN 3AKJGLD57FSGB8362;

One (1) Used 2014 Kenworth T680 Tractor, VIN 1XKYD49X7EJ407981, INCLUDING ALL ATTACHMENTS AND ACCESSORIES;

Three (3) 2014 Utility Reefer Trailers With Thermo-King Refrigeration Units: VIN 1UYVS2533EU902223 TK S/N 6001145293, VIN 1UYVS2535EU902224 TK S/N 6001145290, VIN 1UYVS2533EU902206 TK S/N 6001146993,

Two (2) 2013 Utility Reefer Trailers With Thermo-King Refrigeration Units: VIN 1UYVS2537DU596402 TK S/N 6001114924, VIN 1UYVS2536DU641510 TK S/N 6001119147 INCLUDING ALL ATTACHMENTS AND ACCESSORIES;

Twelve (12) 2015 Utility Reefer Trailers with Thermoking S600 Reefer Units:

Vins:                  Serial Numbers:

1UYVS253XFU182811   6001158856

1UYVS2535FU182814   6001158851

2

1. 1UYVS2537FU182815  6001156549
2. 1UYVS2537FU182846  6001163005
3. 1UYVS2539FU182847  6001160835
4. 1UYVS2537FU182863  6001163019
5. 1UYVS2530FU182865  6001166790
6. 1UYVS2534FU182884  6001166782
7. 1UYVS253XFU182890  6001138478
8. 1UYVS2535FU182893  6001138485
9. 1UYVS2537FU182894  6001138486
10. 1UYVS2532FU182818  6001156717

INCLUDING ALL ATTACHMENTS AND ACCESSORIES;

6. Plaintiff is ordered to apply the proceeds from the sale of the above collateral to the amount owed by the Defendants on the monetary judgment and submit a partial satisfaction of judgment, reducing the Defendants' indebtedness under the judgment; and

7. The Clerk of the Court is directed to issue an amended judgment.

IT IS SO ORDERED.

DATED: June 8, 2021

Troy L. Nunley
United States District Judge