**AT-138/EJ-125**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|
| NAME: Michael J. Gomez (SBN251571; Gerrick M. Warrington (SBN 294890) | |
| FIRM NAME: FRANDZEL ROBINS BLOOM & CSATO, L.C. | |
| STREET ADDRESS: 1000 Wilshire Boulevard, Nineteenth Floor | |
| CITY: Los Angeles  STATE: CA  ZIP CODE: 90017-2427 | |
| TELEPHONE NO.: (323) 852-1000  FAX NO.: (323) 651-2577 | |
| E-MAIL ADDRESS: mgomez@frandzel, gwarrington@frandzel.com | |
| ATTORNEY FOR (name): Wells Fargo Equipment Finance, Inc. | |

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 501 I Street
MAILING ADDRESS: 501 I Street
CITY AND ZIP CODE: Sacramento, CA 95814
BRANCH NAME: Sacramento

PLAINTIFF WELLS FARGO EQUIPMENT FINANCE, INC.
DEFENDANT VIRK SYSTEMS, INC., et al.

**APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**
☒ ENFORCEMENT OF JUDGMENT  ☐ ATTACHMENT (Third Person)
   ☒ Judgment Debtor             ☐ Third Person

CASE NUMBER: 2:20-cv-00143-TLN-DB

**AMENDED ORDER TO APPEAR FOR EXAMINATION**

1. TO (name): LAKHWINDER SINGH VIRK
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. ☒ furnish information to aid in enforcement of a money judgment against you.
   b. ☐ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. ☐ answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: 12/3/2021  Time: 9:30 a.m.  Dept. or Div.: via Zoom*  Rm.:
Address of court ☐ is shown above ☐ is: *See Zoom Attachment.

3. This order may be served by a sheriff, marshal, registered process server, **or** the following specially appointed person (name):

Date: 10/04/2021

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

**This order must be served not less than 10 days before the date set for the examination.**
## IMPORTANT NOTICES ON REVERSE

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. ☒ Original judgment creditor  ☐ Assignee of record  ☐ Plaintiff who has a right to attach order
   applies for an order requiring (name):
   to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. ☒ the judgment debtor.
   b. ☐ a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. ☐ This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. ☐ The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 1, 2021

Gerrick M. Warrington                    ▶ /s/ Gerrick M. Warrington
(TYPE OR PRINT NAME)                        (SIGNATURE OF DECLARANT)

(Continued on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
AT-138/EJ-125 [Rev. January 1, 2017]

**APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**
(Attachment—Enforcement of Judgment)

Page 1 of 2
Code of Civil Procedure,
§§ 491.110, 708.110, 708.120, 708.170
www.courts.ca.gov

4376540v1 | 100958-0016


American LegalNet, Inc.
www.FormsWorkFlow.com

**Information for Judgment Creditor Regarding Service**
If you want to be able to ask the court to enforce the order on the judgment debtor or any third party, you must have a copy of the order personally served on the judgment debtor by a sheriff, marshal, registered process server, or the person appointed in item 3 of the order at least 10 calendar days before the date of the hearing, and have a proof of service filed with the court.

## IMPORTANT NOTICES ABOUT THE ORDER

### APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)
**NOTICE TO JUDGMENT DEBTOR** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

### APPEARANCE OF A THIRD PERSON (ENFORCEMENT OF JUDGMENT)
**(1) NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR** The person in whose favor the judgment was entered in this action claims that the person to be examined under this order has possession or control of property that is yours or owes you a debt. This property or debt is as follows *(describe the property or debt)*:

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

### APPEARANCE OF A THIRD PERSON (ATTACHMENT)
**NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

### APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION
It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.


**Request for Accommodations.** Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before your hearing. Contact the clerk's office for *Request for Accommodation* (form MC-410). (Civil Code, § 54.8.)

AT-138/EJ-125 [Rev. January 1, 2017]       **APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION** (Attachment—Enforcement of Judgment)       Page 2 of 2

4376540v1 | 100958-0016


American LegalNet, Inc.
www.FormsWorkFlow.com

## ZOOM ATTACHMENT

Pursuant to this Court's directive, in light of the COVID-19 pandemic, this Judgement Debtor's Examination will be conducted via Zoom videoconference. To participate in the Zoom video conference, the Court and the Judgement Debtor may use the following link:

> https://us02web.zoom.us/j/87451299893?pwd=TkpiWm9odFYxc1dRbGVZK0Y0TGU2dz09
>
> Meeting ID: 874 5129 9893
>
> Passcode: 411369

Alternatively, the Judgment Debtor may go directly to www.zoom.com, select "Join a Meeting" and enter the above Meeting ID and Passcode.

You will need access to a computer or a laptop containing a camera and microphone. You should contact counsel for Plaintiff to the extent you have any questions regarding participating in the Judgement Debtor's Examination via Zoom video conference in advance of the Judgement Debtor's Examination.

On the day of the examination, Mr. Pete Buzo, the Court's courtroom deputy, will join the videoconference and swear the parties in.  If an issue arises during the examination and Plaintiff wants to speak to the Court, Plaintiff may first notify Mr. Buzo of the issue, and he will then bring it to the attention of the Court. Then, Mr. Buzo will provide an additional Zoom link for the parties to raise the issue with the Court.

AT-138/EJ-125 [Rev. January 1, 2017]

4376540v1 | 100958-0016

**APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**
(Attachment—Enforcement of Judgment)

Page 2 of 2


American LegalNet, Inc.
www.FormsWorkFlow.com