UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO EQUIPMENT FINANCE, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIRK SYSTEMS, INC. a California corporation; LAKHWINDER SINGHVIRK, an individual,<br><br>Defendants. | No.  2:20-cv-0143 TLN DB<br><br><br>ORDER |

On October 15, 2021, the undersigned issued orders for the appearance and examination of the defendant/judgment debtor Lackhwinder Singh Virk as an individual and as the personal most knowledgeable as to defendant Virk Systems, Inc.  (ECF Nos. 34 & 35.)  The orders explained that the examinations were to be conducted via Zoom on December 3, 2021, and contained the necessary login information.  The judgment debtor was personally served copies of the October 15, 2021 orders.  (ECF No. 38.)

On December 3, 2021, the matter came before the undersigned pursuant to Local Rule 302(c)(11) for the judgment debtor examination.  Attorney Michael Gomez appeared on behalf of the plaintiff/judgment creditor.  No appearance was made by, or on behalf of, either defendant.

////

1

The failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110.  Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and all applicable law.  Local Rule 183(a).  Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules.  Id.

Moreover, "[a] district court has the power to adjudge in civil contempt any person who [] disobeys a specific and definite order of the court." Gifford v. Heckler, 741 F.2d 263, 265 (9th Cir. 1984).  Pursuant to the recalcitrant witness statute:

> Whenever a witness in any proceeding before or ancillary to any court or grand jury of the United States refuses without just cause shown to comply with an order of the court to testify or provide other information, including any book, paper, document, record, recording or other material, the court, upon such refusal, or when such refusal is duly brought to its attention, may summarily order his confinement at a suitable place until such time as the witness is willing to give such testimony or provide such information.

28 U.S.C. § 1826(a); see also Invesco High Yield Fund v. Jecklin, 10 F.4th 900, 904 (9th Cir. 2021) ("§ 1826(a) applies . . . to a refusal to testify" in post-judgment discovery proceedings); Martin-Trigona v. Gouletas, 634 F.2d 354, 356 (7th Cir. 1980) (affirming order finding judgment debtor in contempt for refusal to answer and ordering confinement "until he answered the questions").

In the interests of justice, the undersigned will provide the judgment debtor with a final opportunity to show good cause for their conduct before issuing sanctions.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days of the date of this order the judgment creditor shall personally serve a copy of this order on the judgment debtor and file proof of such service;

2. Within fourteen days of being served with this order, the judgment debtor shall show cause in writing as to why they should not be sanctioned for failing to appear;

////

////

      3.  Lackhwinder Singh Virk shall appear on **Friday, January 28, 2022, at 10:00 a.m.**, before the undersigned[1]; and

      4.  Lackhwinder Singh Virk is cautioned that the failure to timely comply with this order may result in the imposition of sanctions, including confinement.

Dated:  December 7, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\\orders\\orders.civil\\wellsfargo0143.jde.osc

---

[1] Parties shall appear at the hearing either telephonically or over video conference through the Zoom application (which is free and must be downloaded to your computer or mobile device prior to the hearing).  Parties proceeding in propria persona, on his or her own behalf, shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128, no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours prior to the hearing, to arrange their appearance either telephonically or over video conference.  Counsel will receive an email containing the necessary appearance information and must notify the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either telephonically or over video conference.  The Zoom ID Number and password are confidential and are not to be given to anyone.  Persons granted remote access to these proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.