UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO EQUIPMENT FINANCE, INC., | No. 2:20-cv-00143-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| VIRK SYSTEMS, INC., et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff Wells Fargo Equipment Finance, Inc.'s ("Plaintiff") Motion for an Order Holding Defendant Lakhwinder Singh Virk ("Virk") individually, and as the person most knowledgeable as to Defendant Virk Systems, Inc. ("Virk Systems") in civil contempt, issuing a bench warrant for his arrest, and setting bail in the amount of the judgment or such other amount as the Court deems appropriate.  (ECF No. 44.)  Based on Plaintiff's motion, the notice, the memorandum of points and authorities, the declaration of Michael J. Gomez, request for judicial notice, and the record as a whole, the Court hereby orders as follows:

1. Plaintiff's motion (ECF No. 44) is GRANTED;
2. The Court finds that Virk is in civil contempt for violating the Amended Order for Appearance and Examination ("ORAP") (ECF Nos. 34, 35) and Magistrate Judge

   Deborah Barnes's Order to Show Cause ("OSC") (ECF No. 40);

3. The Court hereby instructs the Clerk of the Court to issue a bench warrant for Virk's arrest and incarceration pending his compliance with the Amended ORAP and OSC by submitting to a judgment debtor examination and producing documents related thereto as set forth in the Amended ORAP; and

4. The Court hereby sets bail at $604,237.60, the amount of the Judgment.

IT IS SO ORDERED.

DATED: March 10, 2022

Troy L. Nunley
United States District Judge