Michael J. Gomez (State Bar No. 251571)
  mgomez@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
  gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California  90017-2427
Telephone:  (323) 852-1000
Facsimile:  (323) 651-2577

Attorneys for Plaintiff
WELLS FARGO EQUIPMENT
FINANCE, INC., a Minnesota corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| WELLS FARGO EQUIPMENT FINANCE, INC., a Minnesota corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VIRK SYSTEMS, INC. a California corporation; LAKHWINDER SINGH VIRK, an individual,<br><br>　　　　Defendants. | Case No. 2:20-cv-00143-TLN-DB<br><br>**ORDER GRANTING PLAINTIFF WELLS FARGO EQUIPMENT FINANCE, INC.'S MOTION FOR AN ORDER EXTENDING THE LENGTH OF THE APPEARANCE ORDER LIENS AGAINST DEFENDANTS AND JUDGMENT DEBTORS VIRK SYSTEMS, INC. AND LAKHWINDER SINGH VIRK PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 708.110(d)**<br><br>Date:  November 3, 2022<br>Time: 2:00 p.m.<br>Courtroom: 2, 15th Floor<br><br>Honorable Troy L. Nunley |

     This matter is before the Court on Plaintiff Wells Fargo Equipment Finance, Inc.'s Motion for an Order extending the length of the appearance order liens against Defendants and Judgment Debtors Virk Systems, Inc. and Lakhwinder Singh Virk (collectively, "Judgment Debtors") pursuant to California Code Of Civil Procedure Section 708.110(d) ("Motion").  Based on the notice of Motion and Motion, memorandum of points and authorities, request for judicial notice, and the record as a whole, and for good cause shown, the Court hereby orders as follows:

     1.     Plaintiff's Motion is GRANTED.

     2.     The liens on Judgment Debtors' personal property created by service upon the Judgment Debtors, and each of them, of this Court's amended orders to appear for examination in this action (ECF Nos. 34 and 35), pursuant to California Code of Civil Procedure section 708.110(d), are hereby extended to and including October 4, 2024, pursuant to California Code of Civil Procedure section 708.110(d).

     IT IS SO ORDERED.

DATED: October 6, 2022

                                             Troy L. Nunley
                                             United States District Judge